05-6491M-01-29

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. P-546997 |
| | : | |
| v. | : | Mag. Judge Alan Kay |
| | : | |
| ELLEN E. BARFIELD, et al., | : | Trial: November 16, 2005 |
| | : | |
| Defendants. | : | |

FILED
NOV 09 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### GOVERNMENT'S MOTION FOR LEAVE TO LATE FILE ITS MOTION *IN LIMINE* TO PRECLUDE AN AFFIRMATIVE DEFENSE OF NECESSITY

The United States, by and through its attorney, the United States Attorney for the District of Columbia, respectfully moves the Court for leave to late file its Motion *in Limine* to Preclude an Affirmative Defense of Necessity. In support of this motion, the United States submits the following:

1. Due to the large volume of cases assigned to this Assistant United States Attorney and other administrative and trial responsibilities, written notification could not be prepared earlier.

2. The undersigned Assistant United States Attorney was unable to verify until recently that most of the defendants are not represented, but are proceeding *pro se*.

3. The defendants will not be prejudiced because the grounds for the Government's Motion *in Limine* raises no novel issues, is otherwise routine, and would in any case be the basis for a government objection at trial.

WHEREFORE, the United States respectfully requests that it be permitted to late file its Motion *in Limine* to Preclude an Affirmative Defense of Necessity.

Respectfully submitted,

KENNETH L. WAINSTEIN
UNITED STATES ATTORNEY

_____
CATHARINE A. HARTZENBUSCH
ASSISTANT UNITED STATES ATTORNEY
Bar No. 450-194
555 Fourth Street, NW, Room 4233
Washington, DC 20530
(202) 353-8822
Catharine.Hartzenbusch@usdoj.gov