Notice of Appeal Criminal

CO-290
Rev. 3/88

# United States District Court for the District of Columbia

05 - 6491M - 01

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| vs. | ) Criminal No. P0571471 |
| Stephanie Allen (Pro Se) | ) |

## NOTICE OF APPEAL

Name and address of appellant:   Stephanie Allen
2075 Lewis Road
South Wales, NY 14139

Name and address of appellant's attorney:   Defendant Pro Se

Offense: **Demonstrating without a Permit**

Concise statement of judgment or order, giving date, and any sentence:

Guilty: 11/17/05
Judgment Entered:
$50 fine, $25 Administrative Fee

Name and institution where now confined, if not on bail:   N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

_____12/3/05_____          _____Stephanie Allen (JWN)_____
DATE                                         APPELLANT

_____
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  [ ]
CJA, NO FEE  [ ]
PAID USDC FEE  [ ]
PAID USCA FEE  [ ]

Does counsel wish to appear on appeal?             YES [ ]    NO [ ]
Has counsel ordered transcripts?                          YES [ ]    NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?   YES [ ]    NO [✓]

RECEIVED
DEC - 5 2005
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT