# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

**UNITED STATES OF AMERICA**

   **v.**

**STEPHANIE ALLEN,**
**ANNA L. WHITE,**
**ANNAMARIA CALDARA,**
**CINDY SHEEHAN,**
**JOHN BARBER,**
**JOSEPH A. ROBBINS,**               **Case No.  05-MJ-00649-AK**
**ANDREW C. SCHOERKE,**
**JOHN RODGERS,**
**ARTHUR WASKOW,**
**EVE L. TETAZ,**

     **Appellants.**

**FILED**

**DEC 29 2005**

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

Pursuant to Rule 58(g)(2)(B) of the Federal Rules of Criminal Procedure, this case is before the Court for review on appeal of the judgment and conviction entered by Magistrate Judge Alan Kay.  Accordingly, it is hereby

**ORDERED** that the Appellants' brief(s) in support of their appeals shall be filed and served on or before January 23, 2006.  The Government's reply brief(s) shall be filed and served on or before February 22, 2006.  Oral arguments shall be heard on March 3, 2006 at 2:30 p.m. in Courtroom 25A.

**SO ORDERED.**

December 29, 2005

Thomas F. Hogan
Chief Judge